| AO 10 Rev 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U S C app §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Zobel, Rya W | 2 Court or Organization DC MA, | 3. Date of Report 04/20/2010 |
| 4 Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) U S D J, active. | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 1 Courthouse Way Boston, MA 02210 | x On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ _____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1   Trustee | Rya W Zobel Irrevocable Trust |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse, see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment*
*(Includes those to spouse and dependent children  see pp  25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | New York Intellectual Property Law Association, Annual Dinner | March 27, 2009 | New York, NY | Meeting | transportation, lodging, food |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

$\boxed{\checkmark}$  NONE *(No reportable gifts )*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children, see pp. 32-33 of filing instructions.)*

$\boxed{\checkmark}$  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1    Assets of Rya W Zobel | | | | | | | | | |
| 2    Spartan US Equity Index | A | Dividend | | | Sold (part) | 2/3/09 | J | | |
| 3 | | | | | Sold (part) | 3/27/09 | J | | |
| 4 | | | | | Sold (part) | 7/14/09 | J | | |
| 5    Fidelity Select Retailing FSRPX | A | Dividend | J | T | | | | | |
| 6    Fidelity Select Construction & Housing ISHOX | A | Dividend | J | T | | | | | |
| 7    T Rowe Price Blue Chip Growth, Inc TRBCX | A | Dividend | J | T | | | | | |
| 8    Calamos Growth Class A | A | Dividend | J | T | | | | | |
| 9.   Hodges Fund CVGRX | A | Dividend | J | T | | | | | |
| 10   Sector SPDR SHS Ben Int Consumer XLP (Y) | A | Dividend | | | Sold | 11/17/09 | J | | |
| 11   Sector SPDR TR SHS Ben Int Financial XLF (X)(Y) | A | Dividend | | | Buy | 7/16/09 | J | | |
| 12 | | | | | Sold | 11/17/09 | J | | |
| 13   Ishares TR Transport Ave Index IYT (Y) | A | Dividend | | | Sold | 2/5/09 | J | | |
| 14   Ishares TR NASDAC Biotechnology Index FD IBB | A | Dividend | J | T | | | | | |
| 15   Ishares TR Russell 2000 Value Index FD IWN (Y) | A | Dividend | | | Sold | 6/8/09 | J | | |
| 16   Ishares TR Russell 2000 Index Fund IWM (Y) | A | Dividend | | | Sold | 9/3/09 | J | | |
| 17   Ishares Comex Gold Trust IAU | A | Dividend | J | T | Buy | 2/5/09 | J | | |

1 Income Gain Codes         A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
  (See Column C2)           U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 | | | | | Buy (add'l) | 2/18/09 | J | | |
| 19  Market Vectors ETF TR Coal KOL | A | Dividend | J | T | | | | | |
| 20  Powershare Exchange Traded FD TR Wilder PBW | A | Dividend | J | T | | | | | |
| 21  Powershare Exchange Traded FD TR Dynamic PWJ (Y) | A | Dividend | | | Sold | 5/15/09 | J | | |
| 22  SPDR SER TR S&P Homebuilders XHB | A | Dividend | J | T | | | | | |
| 23  Ishares TR MSCI Emerging Markets Index EEM (X) | A | Dividend | J | T | Buy | 5/15/09 | J | | |
| 24  Ishares TR Dow Jones US Real Estate Index IYR (X) | A | Dividend | J | T | Buy | 9/3/09 | J | | |
| 25.  Ishares TR Dow Jones US Broker Dealers INdex IAI (X) | A | Dividend | J | T | Buy | 2/5/09 | J | | |
| 26  Sector SPDR TR SHS Ben Int Financial XLF (X) (Y) | A | Dividend | | | Buy | 7/16/09 | J | | |
| 27 | | | | | Sold | 11/17/09 | J | | |
| 28  United STS Nat Gas FD LP Unit UNG (X) | A | Dividend | J | T | Buy | 5/15/09 | J | | |
| 29  Powershares QQQ TR Unit Ser 1 QQQ (X) | A | Dividend | J | T | Buy | 7/16 09 | J | | |
| 30  Citizens Bank, checking | A | Interest | K | T | | | | | |
| 31  Hanscom Federal Credit Union, savings | A | Interest | K | T | | | | | |
| 32  Assets of Rya W Zobel Irrevocable Trust | | | | | | | | | |
| 33  Fedl Home Ln Banks Conc BJ 6 100%, 12/3/10 | A | Interest | J | T | | | | | |
| 34  Fidelity Total Bond | B | Interest | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American High Income Class F AHTFX | A | Interest | J | T | | | | | |
| 36 US Treasury NTS 4 0% | A | Interest | K | T | | | | | |
| 37 US Treasury NTS 4 5% | A | Interest | K | T | | | | | |
| 38 Forward Select Income KIFAX (X) | A | Interest | K | T | Buy | 4/15/09 | J | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII

Last year I inadvertently conflated Ishares TR Russell 2000 Value Index (IWN) and Ishares TR Russell Index Fund (IWM)  I now report the sale of all of both separately, lines 13 and 14

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 04/20/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E
Washington, D.C. 20544